UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: )  BK No.: 25-15577
Lianne Harvey )
)
) Chapter: 13
)
) Honorable Timothy Barnes
)
Debtor(s) )

**ORDER ALLOWING CHAPTER 13 COMPENSATION UNDER
COURT-APPROVED RETENTION AGREEMENT
(USE FOR CASES FILED ON OR AFTER APRIL 20, 2015)**

On the application of debtor(s)' counsel for compensation for representing the debtor in this case, the court grants the application based on its finding that the allowance is reasonable under the provisions of 11 U.S.C. § 330(a), as follows:

| Amount | Description |
|---|---|
| $0.00 | for legal services through confirmation of the plan. |
| $5,500.00 | for legal services through conclusion of the case. |
| $0.00 | for legal services after confirmation of the plan. |
| $500.00 | for reimbursable expenses. |
| **$6,000.00** | **total fees and reimbursement allowed.** |
| $ -2,200.00 | less payment received from debtor prior to date of application. |
| $3,800.00 | **balance allowed under this order.** |

Enter:

Timothy A. Barnes
United States Bankruptcy Judge

Dated: January 22, 2026

**Fees Payable to:**

Robson & Lopez LLC
121 S. Western Ave., Unit 1
Chicago, IL 60612